IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAMELA DEMAREE,

        Plaintiff,

vs.                                  Case No. 2:10-CV-2426-EFM-KGG

UNIFIED SCHOOL DISTRICT #231,

        Defendant.

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, the Court finds that plaintiff's claims have been resolved with each party to bear her or its own attorney's fees and costs. All claims of the plaintiff against the defendant are hereby dismissed with prejudice. Costs are assessed to the party incurring same.

IT IS SO ORDERED on this 12th day of April, 2011.

*[signature]*

ERIC F. MELGREN
United States District Court Judge

APPROVED BY:


s/ James A. Kessinger
Luke A. Demaree         #21072
James A. Kessinger      #16961
Attorneys for Plaintiff
KESSINGER LAW FIRM, P.C.
200 NW Englewood, Ste B
Kansas City MO 64118
Phone number: (816) 436-0707
Fax number: (816) 436-1380
Email: Jak4law@kc.rr.com
       Lad4law@kc.rr.com


s/ J. Steven Pigg
J. Steven Pigg         #09213
Attorney for Defendant
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
P. O. Box 949
Topeka, KS  66601-0949
Phone number:  (785) 232-7761
Fax number:  (785) 232-6604
Attorney's E-mail address:  spigg@fisherpatterson.com